IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lorraine Simental, ) | No. CV05-716-TUC-JCG |
| ) | |
| Plaintiff, ) | |
| ) | **REPORT** |
| vs. ) | **& RECOMMENDATION** |
| ) | |
| Richard Hill, et. al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The Magistrate Judge recommends that the district court, after its independent review of the record, enter an order dismissing this action without prejudice for failure to effect service on the Defendants. This recommendation is based on the following facts and procedural history.

SUMMARY OF THE CASE:

Plaintiff's Complaint (Doc. No. 1) was filed on November 23, 2005. On December 5, 2005, the Court issued summons for Defendants (Doc. Nos. 3-10). The case was assigned to Magistrate Judge Guerin.

On April 18, 2006, Judge Guerin issued an Order to Show Cause granting Plaintiff twenty days in which to show cause why this matter should not be dismissed for failure to effect service on Defendants (Doc. No. 11).

On May 4, 2006, attorney Michael Butler made a special appearance on behalf of Plaintiff Lorraine Simental to respond to the Order to Show Cause (Doc. No. 12). Mr. Butler explained that Plaintiff's counsel had moved to Moldova, a small eastern

1  European country, and that the attorney who agreed to take over Plaintiff's case had
2  subsequently conflicted out of representation.  The Court granted Plaintiff an
3  additional sixty days in which to serve Defendants (Doc. No. 14).  A copy of the
4  Court's order was mailed to Plaintiff and Mr. Butler.  Pursuant to the order, Plaintiff's
5  deadline to serve Defendants expired on July 10, 2006.  To date, Plaintiff has not filed
6  proof of service as to any Defendant or requested further extension of time for service.
7  Defendants have not appeared in this action.
8        Because the parties have not consented to the magistrate judge presiding over
9  this action, this Court has prepared a report and recommendation, which is now
10 submitted to a District Court Judge chosen by lot under the Clerk's direction – the
11 Honorable Raner C. Collins.

## RECOMMENDATION

13       The Magistrate Judge recommends that the District Court, after its independent
14 review of the record, enter an order
15       DISMISSING WITHOUT PREJUDICE pursuant to Rule 4(m) of the Federal
16 Rules of Civil Procedure.
17       Pursuant to 28 U.S.C. §636(b), any party may serve and file written objections
18 within 10 days after being served with a copy of this Report and Recommendation.
19 If objections are not timely filed, they may be deemed waived. The parties are advised
20 that any objections filed are to be identified with the following case number:
21 **No. CV05-716-TUC-RCC.**
22       DATED this 25th day of July, 2006.

_____
Jennifer C. Guerin
United States Magistrate Judge