IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lorraine Simental,<br><br>      Plaintiff,<br><br>vs.<br><br>Richard Hill, et. al.,<br><br>      Defendant. | No. CV 05-716-TUC-RCC-(JCG)<br><br>**ORDER**<br>**RE: REPORT & RECOMMENDATION** |

On July 25, 2006, the Honorable Jennifer C. Guerin, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action (Docket No. 15). The Recommendation advised the Court to **DISMISS WITHOUT PREJUDICE** Plaintiff's Complaint (Docket No. 1) pursuant to Rule 4(m) Of the Federal Rules of Civil.

The Court considers the Recommendation (Docket No. 15) to be thorough and well-reasoned. After a thorough and *de novo* review of the record, the Court will **ADOPT** the Recommendation of the Magistrate Judge.

DATED this 1st day of September, 2006.

_____
Raner C. Collins
United States District Judge